1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

9  JEFFREY BAKER, ET AL

10            Plaintiffs,                          No. C 15-02676  JSW

11       v.

12 OCWEN LOAN SERVICING, LLC, ET
   AL.,                                            **ORDER SETTING BRIEFING SCHEDULE**
13                                                 **ON TEMPORARY RESTRAINING ORDER**

14            Defendants.

15 _____/

16       The Court has just received Plaintiffs' *ex parte* application for a temporary restraining order

17 ("TRO").[1]  According to the application, the trustee's sale is scheduled for June 17, 2015.

18 Accordingly, Defendant shall file a response to the application by no later than June 16, 2015, at

19 5:00 p.m.  Should Plaintiff elect to file a reply, it shall be due by no later than June 17, 2015, at 9:00

20 a.m.  Should Defendants confirm the intent to continue the trustee's sale, the Court will continue

21 these deadlines.  The Court shall set a hearing on the TRO, if necessary, by separate order.

22       **IT IS SO ORDERED.**

23 Dated:  June 16, 2015                           _____
                                                   JEFFREY S. WHITE
24                                                 United States District Judge

25
26
27
28
   _____
        [1]The application was filed on June 15, 2015.  Plaintiff is hereby ORDERED to serve
   Defendant with all filings related to this TRO by no later than June 16, 2015 at 12:30 p.m.
   and shall file proof of such service at its completion.