Matthew D. Mellen (Bar No. 233350)
Sarah Adelaars (Bar No. 281748)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorney for Plaintiffs,
JEFFREY BAKER
JOANN BAKER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAKER, individually and as Trustee of the Jeffrey D. and Joann K. Baker Family Living Trust, and JOANN BAKER, individually and as Trustee of the Jeffrey D. and Joann K. Baker Family Living Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC, a business entity; and BANK OF AMERICA, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 3:15-cv-02676-~~JSC~~ JSW<br><br>[~~Assigned to Hon. Jacqueline Scott Corley~~]<br><br>**[~~PROPOSED~~] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

Based on the Application, Points and Authorities, and supporting Declarations in the moving papers, and for good cause shown, the Court finds that Plaintiffs have established good cause for issuance of a Temporary Restraining Order.

**IT IS SO ORDERED** that the above named Defendants show cause before ~~a motion term of~~ this Court, at Room __3 5__, United States District Courthouse, ~~450 Golden Gate Avenue, San Francisco, CA 94102-3489~~ 1301 Clay Street, Oakland, California on __June 26__, 2015 at __9__ a.m./~~p.m.~~, ~~or as soon thereafter as counsel may be heard,~~ why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants and its agents during the pendency of this action from foreclosing upon the subject property located at 1162 Sea Breeze

Court, Brentwood, CA 94513.

**IT IS FURTHER ORDERED** that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ., P., that Defendants and its agents is temporarily restraining and enjoined from foreclosing upon the subject property located at 1162 Sea Breeze Court, Brentwood, CA 94513 until further ruling from this Court. The Temporary Restraining Order issued because Plaintiffs have shown a likelihood of prevailing on their claims for violations of California Civil Code § 2923.6 and 2923.7. Further, Plaintiffs have shown the likelihood of irreparable injury in the absence of a Temporary Restraining Order, namely, the loss of their property through foreclosure.

With respect to the hearing regarding a preliminary injunction, the Court further **ORDERS** as follows:

The preliminary injunction hearing will be heard on: June 26, 2015.

Moving papers shall be filed by: June 18, 2015.

Responsive papers are due by: noon on June 22, 2015.

Reply papers are due by: noon on June 24, 2015.

**IT IS HEREBY SO ORDERED.**

DATED: June 17, 2015

_____
JEFFREY S. WHITE
~~Hon. Jacqueline Scott Corley~~
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER TO SHOW CAUSE