UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY BAKER, ET AL

    Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC, ET AL.,

    Defendants.

No. C 15-02676 JSW

**ORDER REGARDING MOTION TO DISMISS**

Plaintiffs filed an amended complaint on June 30, 2015. Subsequently, on July 6, 2015, defendant Ocwen Loan Servicing, LLC ("Defendant") filed a motion to dismiss. Plaintiffs filed a notice of non-opposition to the motion but it does not appear as though Plaintiffs concede that this action should be dismissed. Rather, it appears as though Plaintiff believe that the motion to dismiss was addressed to the original complaint filed on June 15, 2015. However, the motion to dismiss was filed after Plaintiffs amended their complaint. Therefore, unless Plaintiffs concede that this action should be dismissed, Plaintiffs shall file an opposition to the motion to dismiss by no later than July 31, 2015. Defendant shall file its reply, if any, by no later than August 7, 2015.

**IT IS SO ORDERED.**

Dated: June 20, 2015

_____
JEFFREY S. WHITE
United States District Judge