IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAKER; ET AL., | No. C 15-02676 JSW |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING** |
| OCWEN LOAN SERVICING; ET AL., | |
| Defendant. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for preliminary injunction (Docket No. 18) and motion to dismiss (Docket No. 28), which have been noticed for hearing on Friday, August 28, 2015 at 9:00 a.m., are appropriate for decision without oral argument. Additionally, the motion to expunge lis pendens (Docket No. 31), noticed for hearing on the same date, was withdrawn on July 24, 2015 (Docket No. 39). Accordingly, the Court VACATES the August 28, 2015 hearing date. The pending motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: August 24, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE