United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  JEFFREY BAKER, et al.,                     Case No. 15-cv-02676-JSW
8           Plaintiffs,
9      v.                                    **ORDER TO SHOW CAUSE**
10 OCWEN LOAN SERVICING, LLC, et al.,
11          Defendants.

12   This case came before the Court for a case management conference on December 11, 2015,

13 at 11:00 a.m. Ryan K. Woodson, Esq., counsel for Defendants in this matter, failed to appear.

14 Alternate counsel appeared on behalf of Defendant. Counsel did not seek leave from this Court

15 for alternate counsel to appear in lead counsel's place. Additionally, alternate counsel was not

16 prepared with regard to either the case itself or Mr. Woodson's schedule. Indeed, alternate

17 counsel had not been informed which party he was to represent, and had not spoken with Mr.

18 Woodson regarding this case.

19   This Court's Civil Local Rules provide as follows:

20   Unless excused by the Judge, lead trial counsel for each party must
     attend the initial Case Management Conference. Requests to
21   participate in the conference by telephone must be filed and served
     at least 7 days before the conference or in accordance with the
22   Standing Orders of the assigned Judge.

23 N.D. Cal. Civil L.R. 16-10(a).

24   Additionally, this Court's Order Setting Case Management Conference in this case

25 provided:

26   The parties shall appear in person through lead counsel to discuss all
     items referred to in this Order and with authority to enter
27   stipulations, to make admissions and to agree to further scheduling
     dates.
28

1  (Docket No. 11.)

2  On December 10, 2015 at 10:33 a.m., Defendants filed a motion for leave for Mr.
3  Woodson to appear telephonically at the case management conference the following day.  The
4  Court denied this motion by order issued on December 10, 2015 at 11:46 a.m.  The Order Denying
5  Defendants' Motion to Appear Telephonically at Case Management Conference reiterated:

> As set forth in the order setting the case management conference, all parties must appear **in person through lead counsel** with authority to enter into stipulations, to make admissions, and to agree to further scheduling dates.

9  (Docket No. 50 (emphasis in original).)

10  THE COURT hereby issues an ORDER TO SHOW CAUSE why Counsel Ryan K.
11  Woodson, Esq., should not be sanctioned in the amount of $2,500.00 for violation of this Court's
12  rules and orders.  No later than December 28, 2015, Mr. Woodson shall show cause, in writing,
13  why sanctions should not be imposed.  If Mr. Woodson fails to show cause in writing, the Court
14  will impose monetary sanctions in the amount of $2,500.00.  Any award of sanctions must be paid
15  by Mr. Woodson personally, and not by Mr. Woodson's clients.

16  No later than December 21, 2015, Mr. Woodson shall serve a copy of this order upon
17  general counsel or a senior client contact on behalf of each of his clients, and shall file a proof of
18  service with this Court that includes the name and title of each individual served.

19  **IT IS SO ORDERED.**

20  Dated: December 14, 2015

_____
JEFFREY S. WHITE
United States District Judge