UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAKER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-02676-JSW<br><br>**ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

　　　The Court HEREBY SCHEDULES a further case management conference in this case, to take place on March 25, 2016, at 11:00 a.m., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.  The parties shall file a supplemental joint case management statement no later than five (5) court days prior to the conference.

　　　The parties shall appear at the case management conference in person through lead trial counsel with authority to enter stipulations, to make admissions, to agree to further scheduling dates, and to discuss all topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.

　　　Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause.

　　　**IT IS SO ORDERED.**

Dated: January 14, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge