UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAKER, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>  Defendants. | Case No. 15-cv-02676-JSW<br><br>**ORDER GRANTING STIPULATION TO STAY LITIGATION AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Dkt. No. 65 |

Pursuant to the parties' Stipulation to Stay Litigation Pending Efforts Toward Informal Resolution, and good cause appearing, the Court ORDERS that:

(a) All proceedings will be stayed for ninety days to allow for adequate time to process Plaintiffs' loan modification application and review Plaintiffs for a loan modification.

(b) During the stay of litigation, Defendants will not hold a trustee's sale of the subject property located at 1162 Sea Breeze Court, Brentwood, CA 94513.

(c) The further case management conference in this case, presently scheduled for March 25, 2016, is HEREBY CONTINUED to June 17, 2016, at 11:00 a.m., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California. The parties shall file a supplemental joint case management statement no later than five (5) court days prior to the conference.

The parties shall appear at the case management conference in person through lead trial counsel with authority to enter stipulations, to make admissions, to agree to further scheduling dates, and to discuss all topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9.

Any request to reschedule the date of the conference shall be made in writing, and by

1 stipulation if possible, at least ten (10) calendar days before the date of the conference and must be
2 based upon good cause.
3    (d) All other deadlines associated with the case management conference, including any
4 deadline for Plaintiffs to bring a motion for leave to file a Second Amended Complaint, shall be
5 reset by the Court following the expiration of the stay, should the case not be resolved.  The
6 parties shall meet and confer regarding all such deadlines and shall propose a case management
7 schedule in their supplemental joint case management statement prior to the June 17, 2016 case
8 management conference.
9    **IT IS SO ORDERED.**
10 Dated: February 4, 2016

                               JEFFREY S. WHITE
                               United States District Judge