UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAKER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>Defendants. | Case No. 15-cv-02676-JSW<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR FURTHER SETTLEMENT CONFERENCE; CONTINUING CASE MANAGEMENT CONFERENCE; AND REQUIRING FURTHER JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Northern District of California Civil Local Rule 72-1, this matter is HEREBY REFERRED directly to Magistrate Judge Sallie Kim for the purpose of conducting a further settlement conference, to be completed within 60 days after the date of this order. The parties shall comply with all orders of Magistrate Judge Kim regarding the settlement conference.

The Court hereby CONTINUES the case management conference currently scheduled for June 17, 2016 to August 26, 2016 at 11:00 a.m. The parties are reminded that each party must appear in person through lead counsel with authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

The parties shall file a supplemental joint case management statement no later than five court days prior to the case management conference.

**IT IS SO ORDERED.**

Dated: June 13, 2016

_____
JEFFREY S. WHITE
United States District Judge

cc: Magistrate Referral Clerk