UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAKER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-02676-JSW  (SK)<br><br>**NOTICE OF TELEPHONIC SCHEDULING CONFERENCE FOR FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court will hold a telephonic Scheduling Conference in preparation for the further Settlement Conference on **June 20, 2016 at 2:00 p.m**. Counsel shall set up the call and email the Court at skcrd@cand.uscourts.gov with the dial-in information by June 16, 2016. If the parties are unable to participate in the telephonic scheduling conference on the date selected by the Court, the parties shall meet and confer and provide to the email address above three mutually agreed upon dates and times at which they will be available.

**IT IS SO ORDERED.**

Dated: June 14, 2016

_____
SALLIE KIM
United States Magistrate Judge